UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD RINDY, JUNE RINDY,

　　　　　Plaintiffs,

　　v.

ALLIED RECREATION GROUP,
INC.,

　　　　　Defendant.

CASE NO. 3:16-CV-05157-DWC

ORDER

The parties have consented to have this matter heard by the undersigned Magistrate Judge. *See* Dkt. 10. Presently pending is the parties' "Stipulated Motion & Order for Dismissal of Defendants (sic) Allied Recreation Group, Inc." ("Motion"). Dkt. 15. Pursuant to Federal Rule of Civil Procedure 41(a), the parties have stipulated to Plaintiffs' voluntary dismissal of this case. *Id*. After review of the Motion, the Motion is granted. Plaintiffs' claims against Defendant are hereby dismissed with prejudice and without costs or attorney's fees to either party.

　　　　Dated this 21st day of December, 2016.


　　　　　　　　　　　　　　　　　　David W. Christel
　　　　　　　　　　　　　　　　　　United States Magistrate Judge